```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

MIRIAM FRANCO, as Parent and Natural Guardian of K.C., and MIRIAM FRANCO, Individually,

                Plaintiff,

-against-

DAVID C. BANKS, in his official capacity as Chancellor of the New York City Department of Education, and the NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/2023

23 Civ. 4205 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On May 23, 2023, the Court ordered the parties to file a joint letter and a proposed case management plan by July 18, 2023. ECF No. 6. The parties' submissions are overdue. Accordingly, by **July 25, 2023**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: July 19, 2023
      New York, New York

                                      ANALISA TORRES
                               United States District Judge